# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF: A. G.-M., A CHILD, DOB: 4/29/1999. | No. 81214 |

A. G.-M.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE BRIDGET E. ROBB, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

**FILED**

MAY 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of prohibition or mandamus challenging the juvenile court's jurisdiction to certify petitioner for criminal proceedings as an adult. We decline to exercise our discretion to entertain this petition because petitioner had an adequate legal remedy by way of an appeal from the order certifying him as an adult. *See* NRS 62D.500(1) (providing that appeals from orders of the juvenile court may be taken to the appellate courts in the same manner as appeals in civil cases); *Castillo v. State*, 106 Nev. 349, 351, 792 P.2d 1133, 1134 (1990) ("[An] order of certification is properly appealable as a final judgment in a civil matter."); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev.

21-14084

674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus or prohibition is discretionary). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:  Hon. Bridget E. Robb, District Judge
     Ristenpart Law
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk